# EXHIBIT 1

**District 1**

## Case Summary

**Case No. 2025L007968**

| | | | |
|---|---|---|---|
| **Blaze Harms -vs- CORELLE BRANDS ACQUISITION** | § | Location: | **District 1** |
| **HOLDINGS f/k/a INSTANT BRANDS ACQUISITION** | § | Judicial Officer: | **Calendar, E** |
| **HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT** | § | Filed on: | **06/23/2025** |
| **BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a** | § | Cook County Attorney Number: | **56079** |

**Blaze Harms -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.**

---

### Case Information

|  |  |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025   Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007968 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, E |

### Party Information

| | | | *Lead Attorneys* |
|---|---|---|---|
| **Plaintiff** | **Harms, Blaze** | | **Cesarone, Frank Vincent** |
| | 3 N. Second St. | | *Retained* |
| | Suite 3000 | | 803-447-7178(W) |
| | St. Charles, IL 60174 | | 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |

**Defendant**  **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY**

**FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.**

**GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.**

**MIDEA AMERICA CORPORATION**

**MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.**

**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

**District 1**

**Case Summary**

**Case No. 2025L007968**

---

## Events and Orders of the Court

---

08/26/2025     📄
Certificate Filed
    Party:   Plaintiff Harms, Blaze

08/21/2025     📄
*CANCELED* **First Time Case Management**   (9:00 AM)   (Judicial Officer: Flanagan, Kathy M)
    Resource: Location L2210 Court Room 2210
    Resource: Location D1 Richard J Daley Center
    *Order of Court*

08/08/2025     📄
Summons Issued And Returnable
    *Summons to Correlle Brands*
    Party:   Plaintiff Harms, Blaze
    *Summons to Correlle Brands*

08/08/2025     📄
Summons Issued And Returnable
    *Summons to Midea America*
    Party:   Plaintiff Harms, Blaze
    *Summons to Midea America*

07/24/2025     📄
Place On Bankruptcy Calendar - Allowed -     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Harms, Blaze

07/24/2025     📄
Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Harms, Blaze

07/18/2025     📄
Electronic Notice Sent
    Party:   Plaintiff Harms, Blaze
    Party 2:   Attorney Cesarone, Frank Vincent

07/18/2025     📄
Electronic Notice Sent
    Party:   Plaintiff Harms, Blaze
    Party 2:   Attorney Cesarone, Frank Vincent

07/18/2025     📄
Electronic Notice Sent
    Party:   Plaintiff Harms, Blaze
    Party 2:   Attorney Cesarone, Frank Vincent

07/18/2025     📄
Electronic Notice Sent
    Party:   Plaintiff Harms, Blaze
    Party 2:   Attorney Cesarone, Frank Vincent

07/07/2025     📄
Notice Filed
    *Plaintiff's Notice of Stay*
    Party:   Plaintiff Harms, Blaze
    *Plaintiff's Notice of Stay*

06/23/2025     New Case Filing

06/23/2025     🖼
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
    *Complaint & Jury Demand (Harms)*
    Party:   Plaintiff Harms, Blaze
    Party 2:   Attorney Cesarone, Frank Vincent
    *Complaint & Jury Demand (Harms)*

**District 1**

## Case Summary

**Case No. 2025L007968**

06/23/2025
Exhibits Filed
*Civil Cover Sheet*
Party:   Plaintiff Harms, Blaze
Party 2:   Attorney Cesarone, Frank Vincent
*Civil Cover Sheet*